PROB 12B  
(08/16)

February 24, 2021  
pacts id: 226627

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Edward Sambrano (English)   **Dkt No.:** 09CR00375-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 150 months' in custody; 5 years' of supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 8, 2011

**Date Supervised Release Commenced:** November 14, 2020

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**ORDER SUPERVISED RELEASE PREVIOUSLY IMPOSED ON APRIL 8, 2011, BE TERMINATED**

### CAUSE

On January 21, 2021, the U.S. Probation Office was notified by the U.S. Bureau of Prisons via letter that Mr. Sombrano died in custody. Per the letter, Mr. Sombrano was pronounced dead on November 14, 2020 due to kidney cancer. He was serving a 150-month sentence with a projected release date of August 6, 2021.

Respectfully submitted:  
by Monya Morrow  
U.S. Probation Officer  
(619) 446-3830

Reviewed and approved:  
Scott A. Kiefer  
Supervisory U.S. Probation Officer

**Attachments:**

**THE COURT ORDERS:**

__X__ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____ OTHER _____

The Honorable Janis L. Sammartino  
U.S. District Judge

02/24/2021  
Date